**Ernesto QUINTIERI, Petitioner,**

v.

**John ASHCROFT, Attorney General of the United States, Respondent.**

No. 03–1855.

United States Court of Appeals,
Third Circuit.

Argued June 21, 2004.

Decided July 7, 2004.

---

David E. Oltarsh, (Argued), Oltarsh & Associates, New York, NY, for Petitioner.

Emily A. Radford, Papu Sandhu, Lyle D. Jentzer, Aviva L. Poczter, (Argued), United States Department of Justice, Office of Immigration Litigation, Washington, DC, for Respondent.

Before NYGAARD, MCKEE, and CHERTOFF, Circuit Judges.

OPINION OF THE COURT

NYGAARD, Circuit Judge.

We will affirm based on *Drakes v. Zimski,* 240 F.3d 246 (3d Cir.2001).